UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| CHRISTOPHER PERALES,<br>　　　　　　　　Plaintiff, | )<br>)<br>)　No. 1:23-cv-35 |
| -v- | )<br>)　Honorable Paul L. Maloney |
| MICHIGAN STATE HOUSING<br>DEVELOPMENT AUTHORITY,<br>　　　　　　　　Defendant. | )<br>)<br>)<br>) |

## JUDGMENT

Plaintiff voluntarily dismissed this lawsuit. Because no claims remain pending,

**JUDGEMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:   March 30, 2023                                 /s/  Paul L. Maloney
                                                                    Paul L. Maloney
                                                                    United States District Judge